IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-58-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BOBBY WAYNE WILKINS, ) | |
| ) | |
| Defendant. ) | |

The United States shall respond to defendant's pending motions [D.E. 64 and D.E. 65] not later than March 25, 2022.

SO ORDERED. This 23 day of February, 2022.

JAMES C. DEVER III
United States District Judge